RANDALL S. NEWMAN (190547)
newman@whafh.com
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
270 Madison Avenue, 10th Floor
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677

Counsel for Plaintiff
ComedyMX Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMEDYMX INC.,<br><br>  Plaintiff,<br><br> v.<br><br>BRUCE ST. CLAIR and JOSHUA DANE ST. CLAIR,<br><br>  Defendants. | CASE NO. 18-cv-03831-DMR<br><br>**REQUEST TO ENTER DEFAULT**<br><br>JUDGE:  Hon. Donna M. Ryu<br>CTRM:   4 –3rd Floor |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff ComedyMX Inc. ("Plaintiff") hereby requests that the Clerk of this Court enter a default in this matter against Defendant Joshua Dane St. Clair and Defendant Bruce St. Clair on the ground that said defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff effected personal service of the Summons and Complaint on Defendant Joshua Dane St. Clair and Defendant Bruce St. Clair on January 8, 2019, as evidenced by the proofs of service on file with this Court.  *See* ECF Nos. 24 and 25.  Consequently, Joshua Dane St. Clair's and Bruce St. Clair's responses to the complaint were due on or before January 29, 2019.  Defendants, however, have failed to file or serve an answer or other responsive pleading and have not otherwise appeared to contest this action.

DATED:  April 2, 2019

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
RANDALL S. NEWMAN

*/s/ Randall S. Newman*
RANDALL S. NEWMAN

270 Madison Ave., 10th Floor
New York, NY 10016
Telephone:  212/545-4600
Facsimile:   212/545-4677

Counsel for Plaintiff
ComedyMX Inc.

- 1 -

REQUEST TO ENTER DEFAULT

CASE NO. 18-cv-03831-DMR

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies were sent via FedEx to those indicated below who are non-registered participants on April 2, 2019.

Dated: April 2, 2019                Respectfully submitted,

                                     */s/ Randall S. Newman*
                                     RANDALL S. NEWMAN

Service List

Joshua Dane St. Clair
16 Ronald Street
Essendon North
VIC 3041, Australia

*Defendant*

Bruce St. Clair
16 Ronald Street
Essendon North
VIC 3041, Australia

*Defendant*